THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ALPINE SECURITIES CORPORATION, a Utah corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL SECURITIES CLEARING CORPORATION, THE DEPOSITORY TRUST & CLEARING CORPORATION, and THE DEPOSITORY TRUST COMPANY,<br><br>    Defendants,<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant-Intervenor. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-cv-00782-JNP-JCB<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

IT IS ORDERED AND ADJUDGED that Plaintiff's action is dismissed. Plaintiff's due process claim is DISMISSED WITHOUT PREJUDICE. Plaintiff's remaining claims under the separation-of-power doctrine, Appointments Clause, and nondelegation doctrine are DISMISSED WITH PREJUDICE.

DATED March 25, 2025

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge